FILED
2014 APR -8 PM 2:22
U.S. DISTRICT COURT
CENTRAL DIST. OF CA.
LOS ANGELES
BY:____

Lisa C. Hamasaki (SBN 197628)
  lch@millerlawgroup.com
Holly R. Lake (SBN 204304)
  hlake@millerlawgroup.com
Kathryn P. Conard (SBN 275094)
  kconard@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
12121 Wilshire Blvd., Suite 1375
Los Angeles, CA 90025
Tel. (310) 943-8500
Fax (310) 943-8501

Attorneys for Defendant
AT&T MOBILITY SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEVON SMITH,

  Plaintiff,

vs.

AT&T MOBILITY SERVICES, LLC,
AND DOES 1 THROUGH 100,
INCLUSIVE,

  Defendants.

Case No.: CV14-02646 -JAK (AGRx)

DECLARATION OF JACKIE A. BEGUE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (Diversity)

---

DECLARATION OF JACKIE A. BEGUE ISO NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(b) (Diversity)
Case No.: ____

I, JACKIE A. BEGUE, declare as follows:

1. I am an Assistant Corporate Secretary for AT&T Mobility Services LLC, a Defendant in the above-entitled action. I have personal knowledge of the matters set forth in this declaration and, if called to do so, could and would testify competently to the same.

2. Jevon Smith was employed by AT&T Mobility Services LLC as a Telesales Representative.

3. AT&T Mobility Services LLC, the named defendant in this case and Plaintiff's former employer, is a limited liability company. AT&T Mobility Services LLC has one member: AT&T Mobility II LLC. AT&T Mobility II LLC is a limited liability company with four members: (1) New Cingular Wireless Services, Inc. (a Delaware corporation with its principal place of business in Georgia); (2) Centennial Communications Corp. (a Delaware corporation with its principal place of business in Georgia); (3) BellSouth Mobile Data, Inc. (a Georgia corporation with its principal place of business in Georgia); and (4) AT&T Mobility LLC.

4. Based on the citizenship of their members, since the commencement of this action on February 18, 2014 and now, AT&T Mobility Services LLC and AT&T Mobility LLC are and have been citizens of the states of Delaware, Georgia, and Texas.

1

DECLARATION OF JACKIE A. BEGUE ISO NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(b) (Diversity)
Case No.: _____

5. As a Telesales Representative, Mr. Smith earned approximately $28,704.00 per year.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 8th day of April, 2014 at Atlanta, Georgia.

_____
Jackie A. Begue

4819-5802-6777, v. 1

---

2
DECLARATION OF JACKIE A. BEGUE ISO NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(b) (Diversity)
Case No.: _____